**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01350-BNB

GENE ALLEN,

      Petitioner,

v.

THE PEOPLE OF THE STATE OF COLORADO,

      Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Petitioner's Motion for Discovery (Doc. # 8), filed on July 6, 2009, is DENIED as premature. Petitioner's Motion to Amend (Doc. # 7), also filed on July 6, 2009, is DENIED as unnecessary.

Dated: July 8, 2009