IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01350-ZLW

GENE ALLEN,

      Petitioner,

v.

PEOPLE OF THE STATE OF COLORADO,

      Respondent.

___

ORDER TO CURE DEFICIENCIES
___

Weinshienk, Senior Judge

      Petitioner submitted a Notice of Appeal on September 14, 2009.  The Court has determined that the document is deficient as described in this Order.  Petitioner will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      ____ is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:

      ____ is not submitted
      ____ is missing affidavit
      ____ is missing required financial information
      ____ is missing an original signature by the prisoner
      _X_ is not on proper form (must use the Court's current form
                  (Petitioner failed to attach certified
      _X_ other     statement by prison official re: monies)

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above within thirty days from the date of this Order. Any papers that Petitioner files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Petitioner, together with a copy of this Order, an original and one copy of the following form: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

FURTHER ORDERED that if Petitioner fails to cure the designated deficiencies within thirty days from the date of this Order, the Court of Appeals will be so notified.

DATED at Denver, Colorado this 21st day of September, 2009.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court